# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| BRITTANY SEARCY <br>    PLAINTIFF | * <br> * <br> * |
| V. | * <br> *   CASE NO. 4:17CV00572 SWW <br> * |
| BAILEY'S SPRING VALLEY, LLC; <br> BAILEY PROPERTIES, LLC; and BSR <br> TRUST, LLC <br>    DEFENDANTS | * <br> * <br> * <br> * <br> * |

## ORDER of DISMISSAL

Plaintiff reports that the parties have entered into a settlement agreement, and she asks the Court to dismiss this action with prejudice and to retain jurisdiction for the purpose of enforcing the terms of the agreement, if necessary.

The motion [EFC No. 12] is GRANTED. This action is DISMISSED WITH PREJDUICE, and the Court retains jurisdiction for the purpose of enforcing the parties' settlement agreement.

IT IS SO ORDERED THIS 8TH DAY OF DECEMBER, 2017.

                **/s/Susan Webber Wright**

                UNITED STATES DISTRICT JUDGE